UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 21-5699 MWF (JDEx) | Date: August 17, 2021 |
| Title | Justin H. Wilkes v. eHarmony, Inc., et al. | |

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER RE DISMISSAL WITHOUT PREJUDICE**

On July 14, 2021, Plaintiff Justin H. Wilkes ("Plaintiff") filed a *pro se* civil complaint in this Court against eHarmony, Inc. and Lucas Associates, Inc. ("Complaint") (Docket No. 1).  Plaintiff did not pay the required $402 filing fee or seek leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1).  Instead, Plaintiff filed an "Order of Court Fee Waiver (Superior Court), dated April 12, 2021, apparently issued by the Superior Court of California, County of Los Angeles.  (Docket No. 2).  As Plaintiff did not pay the required filing fee and did not file a request to proceed IFP, the Court, on July 16, 2021, issued an Order directing: "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed."  (Docket No. 5).

More than 30 days have passed since the entry of the July 16, 2021 Order and Plaintiff has not paid the filing fees nor sought additional time in which to do so.  As a result, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm